```
Robert C. Thorn, Esq., State Bar No. 97895
KIMBALL, TIREY & ST. JOHN LLP
1202 Kettner Boulevard, 3rd Floor
San Diego, California  92101
Telephone: (619) 231-1422
Facsimile: (619) 234-7692

Attorneys for Creditor
Helf Investments, LP
```

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PHILIP JOHN TEX<br><br>            Debtor.<br><br>HELF INVESTMENTS, LP<br><br>            Creditor,<br><br>vs.<br><br>PHILIP JOHN TEX, GERALD H. DAVIS, TRUSTEE IN BANKRUPTCY<br><br>            Respondents. | CASE NO. 10-18785-LT7<br><br>STIPULATION FOR RELIEF FROM AUTOMATIC STAY<br>(11 U.S.C. Section 362) |

COMES NOW Creditor Helf Investments, LP by and through its counsel, Kimball, Tirey & St. John, by Robert C. Thorn, Esq., and Debtor Philip John Tex, by and through his counsel, John A. Varley, Esq., and as approved by the trustee, GERALD H. DAVIS, which parties hereby agree as follows:

The automatic stay of Title 11 U.S.C. §362 is hereby deemed withdrawn as to the right to possession by creditor of the premises described as 450 Fletcher Parkway, Suite 107, El Cajon, California 92020.  Creditor may conclude its unlawful detainer proceeding against Debtor in state court to retake possession of the premises, a writ of execution for possession may issue,

however, no lockout to be completed prior to December 1, 2010. The lease between the parties shall be deemed rejected December 1, 2010.

This stipulation may be executed in counterpart as circumstances require, and facsimile signatures shall be deemed originals per United States Bankruptcy Rule of Court 5005. This agreement is stipulated to be the Order of the Bankruptcy Court.

SO STIPULATED AND AGREED.

DATED: 11/8/2010

John A. Varley, Esq.
Attorney for Debtor

DATED: 11/8/2010

Robert C. Thorn, Esq.
Kimball, Tirey & St. John LLP
Attorney for Creditor

Approved as to form/content:

DATED: 11/9/10

Gerald H. Davis
Trustee

Signature by the attorney constitutes a certification under Fed. R. Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

KIMBALL, TIREY & ST. JOHN LLP
By: Robert C. Thorn
    Attorney for Creditor

IN RE:    PHILIP JOHN TEX, Debtor
CASE NO:  10-18785-LT7
          STIPULATION FOR RELIEF FROM AUTOMATIC
          STAY